**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS WAYNE MCCRAY, | ) NO. CV 08-6091-AHM (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| WARDEN MARTEL, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Dismissing Petition Without Prejudice,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice, for failure to exhaust available state remedies.

DATED: October 17, 2008

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**Make JS-6**